

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2018

No. 04-18-00131-CV

Lorraine **KENYON**, Individually and as Executrix of the Estate of Theodore Kenyon,
Appellants

v.

**ELEPHANT INSURANCE COMPANY, LLC**,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI14055
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's reply brief was due October 29, 2018. Appellant filed an untimely reply brief on November 26, 2018. Appellant now files an unopposed motion for extension of time to file her reply brief by an additional 28 days, until November 26, 2018, and requests that her reply brief filed on November 26, 2018 be considered timely. Appellant's motion is GRANTED. Appellant's reply brief filed on November 26, 2018 is deemed timely as filed.

It is so ORDERED on December 10, 2018.

PER CURIAM

ATTESTED TO: _____
                Keith E. Hottle,
                Clerk of Court